AO 91 (Rev. 11/11) Criminal Complaint

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

AUG 14 2025

BY ARTHUR JOHNSTON
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sean Gardner | ) | Case No. 2:25 mj 31 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2017 - April 2018__ in the county of __Lamar__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Hillary Ladner, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __August 14, 2025__

_____
*Judge's signature*

City and state: __Hattiesburg, MS__          U.S. Magistrate Judge Michael T. Parker
*Printed name and title*

## Affidavit for Criminal Complaint

I, Hillary Ladner, being first duly sworn, hereby depose and state as follows:

Your affiant is a Special Agent (SA) of the Federal Bureau of Investigation (FBI) Jackson Division, Gulfport Resident Agency (RA). I have been employed as a Special Agent with the FBI since April 2021. I am assigned to investigate federal crimes related to the sexual exploitation and sexual abuse of children. I have gained experience through training in seminars, classes, and everyday work related to conducting these types of investigations. I have been involved in numerous investigations involving violent crimes against children, child exploitation, and the production of child sex abuse materials and human trafficking, to include leading investigations related to internet crimes involving children, writing and executing search warrants, interviewing victims, interviewing suspects, and conducting arrests. I am authorized to investigate violations of laws of the United States with authority to execute warrants issued under the authority of the United States.

This Affidavit is made in support of an application for the issuance of an arrest warrant for Sean GARDNER for a violation of 18 U.S.C. Section 2251(a) (Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct). The FBI began investigating GARDNER after he was identified as producing sexually explicit visual depictions of minors in Lamar County, Mississippi.

The purpose of this application is to arrest GARDNER based on probable cause to believe that he violated the provisions of law contained within 18 U.S.C. Section 2251(a), which among other things, makes it a crime for anyone to employ, use, persuade, induce, entice, or coerce any minor to engage in sexually explicit conduct for the purpose of producing one or more visual depiction, or transmitting a live visual depiction, of such conduct, or attempting to do so, when

1

such visual depictions were produced using materials that had been mailed, shipped, and transported, in and affecting interstate and foreign commerce by any means, including by computer.

I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and based on my conversations and information provided by other law enforcement officers involved in this investigation.

Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. Section 2251(a).

## STATEMENT OF PROBABLE CAUSE

In March 2022, a report was made to the U.S. Center for SafeSport (SafeSport) concerning sexual misconduct by coach Sean Gardner (Gardner) of Chow's Gymnastics (Chow's), located in West Des Moines, Iowa. The report alleged that starting in September 2018, Gardner was using inappropriate spotting techniques with a minor female. The report further alleged Gardner would put his hands between the athlete's legs for a prolonged period of time. Gardner would place his hands between the minor female's legs, making contact with her vagina over her leotard, when she was on the pirouette bar doing rapid ten set repetitions, causing a rubbing effect on her vagina. The minor female alleged Gardner would ask the girls if they were sexually active, and call them idiots, sluts, and whores. This behavior continued until the minor female left the gym in November 2020. The minor female provided the names of six other potential victims of Gardner.

In August 2022, an incident was reported by a separate minor female to SafeSport alleging non-consensual sexual contact and physical abuse by Gardner at Chow's. The minor female

alleged Gardner touched her vaginal area over the top of her leotard. The report also stated in May 2019, the minor female was stretching at Chow's and Gardner approached her unexpectedly, grabbed her ankle, and dragged her across the carpet by one leg, jerking her into a pike position. The incident caused severe carpet burn to the buttocks of the minor female.

SafeSport created incident reports and forwarded their information to the West Des Moines Police Department (WDMPD). In May 2022, WDMPD was contacted by SafeSport advising the agency had been made aware of multiple pupils at Chow's that had either reported or had been named as victims in allegations of abuse at the hands of Gardner.

In April 2024, WDMPD interviewed a sixteen-year-old female named in one of the SafeSport reports as being a potential victim of Gardner's. The minor female advised she moved with her family to Urbandale, Iowa, in August 2015 where she immediately enrolled at Chow's. Gardner became her coach around 2018, when he started coaching at Chow's. Gardner was a "father figure" in the beginning of her instruction with him. She described times where she would confide in him about her parents' divorce as he encouraged her to tell him "anything." She recalled in 2019, she began to take private lessons with Gardner in what she described as the recreational gym area of Chow's where most other coaches were not present. Garnder had her do stretches; she felt some were inappropriate and unnecessary. The way Gardner had her performing the stretches forced her vagina and anus to become exposed due to the lack of coverage from her mandatory leotard. She described Gardner putting his hands on her "butt" and hamstrings while pushing down on her uncomfortably. She recalled Gardner would leave after she stretched and would go to a neighboring coaches lounge where he would retrieve his cellphone off the window ledge that separated the coaches' lounge and stretch area. She remembered Gardner would at times have an erection while walking to get his phone and believes Gardner was filming her stretches for the

purpose of capturing her genitalia exposure. As 2019 progressed, she recalled Gardner would give non-consensual hugs and would often rub her back, her butt, and her rib area. Gardner would discuss his private sex life with her and other young girls at Chow's. She recalled Gardner asking the older pupils about their sex lives as well. Gardner would tell the girls what kind of men to enter into relationships with and ask if they had ever been kissed or dated. She described multiple occasions while Gardner was spotting her, that he put his fingers and hands on her vagina. She described doing a handstand on uneven bars while Gardner placed his hands between her thighs almost touching her vagina. When dismounting from this exercise, Gardner would make sure his fingers pressed up again her vagina describing them as "going into her." While doing a floor bar exercise, Gardner would stand to make sure her buttocks was facing him, and he would "dig his fingers" into her vagina as he spotted her.

On or about May 28, 2025, members of the WDMPD Criminal Investigation Unit executed a search warrant at Gardner's residence. At the time of execution, Gardner was not at the residence. WDMPD seized several electronics from Gardner's residence. A forensic analysis extraction was completed by WDMPD on the digital devices that were seized.

During the review of the devices, WDMPD found multiple images of minor females' anuses and vaginas being exposed. These images appeared to have come from a hidden camera next to a toilet in a commercial restroom. The still images capture females who, based on my training and experience, appeared to range from approximately six years old to fourteen years old. Most of the females appeared to be wearing leotards or similar clothing worn by gymnasts during training and competition.

A review of other images – appearing to be from a hidden camera – led to the identification of an adult female whom WDMPD then interviewed. The adult female told WDMPD she

previously dated Gardner from approximately 2015 through 2019. She met Gardner while they both coached Gymnastics at "Jump In" located in Purvis, Mississippi. An image of the bathroom in which the images of the minor females were taken was shown to her. She confirmed the bathroom was the bathroom located in the Jump In building where she and Gardner previously worked.

Three sanitized images of minor females found on Gardner's devices were shown to the adult female. She identified all three as being former pupils at Jump In where she and Gardner coached together.

On or about June 13, 2025, WDMPD made contact with the owner of Jump In Gymnastics, which had since moved from Purvis to Hattiesburg, Mississippi. The same image of the bathroom, in which the hidden camera was used to film the minor females, previously shown to Gardner's ex-girlfriend was shown to the gym owner. She identified the bathroom as being the bathroom in her gym's former location in Purvis, Mississippi.

On or about July 15, 2025, a federal search warrant was obtained in the Southern District of Iowa out of an abundance of caution to outline a more detailed description of the things to be seized from the devices that were seized from Gardner's residence. The items were given to the Iowa Division of Criminal Investigation (DCI) - Cyber Crime Bureau (CCB) to be forensically examined.

On or about August 1, 2025, a Special Agent with DCI-CCB completed a forensic examination of evidence items seized by WDMPD from Gardner's residence. During the examination, approximately fifty (50) video files and approximately four hundred (400) picture files of potential investigative interest were found, some of which appeared to be indicative of

child pornography. The three evidence items containing pertinent information regarding the production of child pornography by Gardner in Purvis, Mississippi are:

- Evidence Item 2-Samsung Galaxy Phone (SM-N950U), Gray, IMEI: 351823092774454, Manufactured in Korea

  - The username assigned to the device was "Sean Gardner." Email accounts and phone numbers belonging to Gardner were also found as being assigned to the device.

- Evidence Item 7- SanDisk Cruzer Glide USB Thumb Drive, 16GB, Black/Red, S/N: BL1510254688, Made in China.

- Evidence Item 10: Thermaltake PC Tower, Black, S/N: VA8003BWS010704022129

  - The sole user of the device was identified as "Sean." Email address coachseanie@gmail.com was found on the device as being associated with a Microsoft account. Internal drives located on the device had a username assigned to the system as "Sean Gardner."

The following are examples of videos produced in Purvis, Mississippi, which were located on electronic devices belonging to Gardner:

- **File Name: jp.mp4. Description:** A video file, eighteen minutes and twenty seconds in length, depicting Gardner adjusting the camera filming. The camera is set up next to a white toilet located in the bathroom of what has been identified as the Jump In Gymnastics former location in Purvis, Mississippi. For the duration of the video, multiple children appearing to be under the age of eighteen come into the bathroom, undress, and change into leotards. Five females, appearing to be under the age of eighteen, use the toilet next to where the

camera is set up. Four appear to be pubescent and one appears to be prepubescent. The video captures a close-up view of the anus and vagina of these females. At the end of the video, Gardner is seen coming into the bathroom and shutting the camera off.

- o  This video file was located on evidence item 10. Exif data for the file has a creation date of April 24, 2018.

- **File Name**: 453.Bren.mp4. **Description:** A video file, thirty-nine seconds in length, depicting what appears to be a prepubescent female pulling down her leotard and sitting on the toilet beside which the camera is set up. The video captures a close-up view of the prepubescent female's anus and vagina.

  - o  The video file was located on evidence item 7. Exif data for the file has a creation date of December 21, 2017.

- **File Name**: 489._b.mp4. **Description:** A video file, six minutes and thirty-nine seconds in length, depicting Gardner adjusting the camera filming. The camera is set up next to a white toilet located in the bathroom of what has been identified as the Jump In Gymnastics former location in Purvis, Mississippi. During the duration of the video two females, appearing to be prepubescent, come into the bathroom and use the toilet. The video captures a close-up view of the prepubescent females' anuses and vaginas.

  - o  The video file was located on evidence item 7, Exif data for the file has a creation date of April 24, 2018.

## CONCLUSION

Based on the above information, there is probable cause to believe that Title 18 United States Code Section 2251(a), which, among other things, makes it a federal crime for any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a

minor assist any other person to engage in, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, have been committed by Sean GARDNER.

Based upon the foregoing, this Affiant respectfully requests that this Court issue an arrest warrant for Sean GARDNER based on the foregoing statements.

_____
Special Agent Hillary Ladner
Federal Bureau of Investigation

Subscribed and sworn Before me this 14th of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE