# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America )<br>v. )<br>Sean Gardner )<br>_Defendant_ ) | Case No. 4:25-mj-00505-HCA-1<br><br>Charging District's Case No. 2:25-mj-31 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the _(name of other court)_ Southern District of Mississippi .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: August 15, 2025

_Defendant's signature_

_Signature of defendant's attorney_

NOVA JANSSEN

_Printed name of defendant's attorney_