# IN THE UNITED STATES DISTRICT COURT
### EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## FOR THE SOUTHERN DISTRICT OF IOWA
### PARA EL DISTRITO SUR DE IOWA

UNITED STATES OF AMERICA,
Estados Unidos De America,

|  | Plaintiff, | Criminal No. 4:25-mj-505 |
|  | Demandante, | No. De Causa |

v.

Sean Gardner

Defendant
Acusado

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS
### AFIRMACIÓN DE LOS DERECHOS DE LA QUINTA Y SEXTA ENMIENDA

    I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

    *Yo, el acusado nombrado arriba, por la presente afirmo mis derechos de la Quinta y Sexta Enmienda de guardar silencio y de tener abogado presente en cualquier y todas interacciones con la fiscalía o sus agentes. No renunciaré a ningunos derechos constitucionales sin la presencia de mi abogado, y no quiero que la fiscalía o sus agentes hablen conmigo buscando la renuncia a cualquier derecho a menos que mi abogado esté presente.*

Defendant's signature (Firma del acusado)

NOVA JANSSEN

Attorney's name/address printed (Nombre/dirección de abogado escrito con letra de molde)

Attorney's Signature (Firma del abogado)

Date (Fecha): 8-5-25

Time (Hora): _____ a.m./p.m.